UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN ORDER,             ]<br>            Plaintiff,         ]<br>                                         ]<br>    v.                              ]<br>                                         ]<br>CITY OF LEWISTON, MAINE  ]<br>AND DAVID BROWN, LEWISTON ]<br>POLICE DEPARTMENT,         ]<br>            Defendants.      ] | CASE NO. 2:17-CV-00236-NT |

## STIPULATION OF DISMISSAL
## AS TO OFFICER DAVID BROWN

Lawrence A. Vogelman, on behalf of Jonathan Order, and Edward Benjamin, attorney for the defendants, stipulate that as to Officer Brown **only**, this action is dismissed with prejudice, each side to pay their own counsel fees and costs.

Respectfully submitted,

JONATHAN ORDER

Dated:  December 6, 2017         By:     /s/Lawrence A. Vogelman
                                                  Lawrence A. Vogelman (NH Bar#10280)
                                                  Nixon, Vogelman, Barry,
                                                        Slawsky & Simoneau, PA
                                                  77 Central Street
                                                  Manchester, NH 03101
                                                  Phone:  (603) 669-7070
                                                  Email:  Lvogelman@davenixonlaw.com

                                                   /s/ Brett Baber
                                                  Lanham, Blackwell & Baber
                                                  133 Broadway
                                                  Bangor, Maine 04401
                                                  Phone:  207-942-2898
                                                  Email:  bbaber@lanhamblackwell.com

1

By: */s/ Edward R. Benjamin, Jr.*
Edward R. Benjamin, Jr.
*Attorney for Defendants*
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
Phone: (207) 772-1941
Email: ebenjamin@dwmlaw.com